Kimberly M. Ingram-Hogan (SBN 305497)
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-3592
Fax: (615) 252-6357
Email: kingram@bradley.com

Erin J. Illman (SBN 238262)
BRADLEY ARANT BOULT
CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
Fax: (704) 332-8858
Email: eillman@bradley.com

*Counsel for Defendant Smith & Wesson Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TONY D'ANTONIO, et al.

Plaintiffs,

v.

SMITH & WESSON INC.,

Defendant.

Case No. 5:25-cv-03085-PCP

**UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS**

Original Hearing Date: August 21, 2025
Current Hearing Date: September 23, 2025
Proposed Hearing Date: October 7 or 9, 2025

Pursuant to Local Rule 7-7(b), Defendant hereby moves to continue the hearing on Defendant's Motion to Dismiss (Dkt. 15) from September 23, 2025, to October 7 or 9, 2025, or another date convenient to the Court, on the grounds set forth below:

1. Defendant filed a Motion to Dismiss on May 30, 2025. *See* Dkt. 15. Pursuant to a briefing schedule stipulated upon between the parties and ordered by the Court

(Dkt. 11), Plaintiffs filed their response on July 11, 2025 (Dkt. 19), and Defendant filed its reply on August 1, 2025 (Dkt. 20).

2. On August 1, 2025, the Clerk issued a notice resetting the hearing on the Motion to Dismiss from August 21, 2025, to September 23, 2025.

3. Throughout briefing the Motion and Reply, undersigned counsel, Kimberly M. Ingram-Hogan, has intended to handle the hearing on the Motion to Dismiss. Ms. Ingram-Hogan will be on a long-scheduled vacation on the week of the newly set hearing date, September 23, 2025. Ms. Ingram-Hogan is also scheduled to attend an in-person hearing on a motion to dismiss in Nashville, Tennessee, the morning of October 1, 2025, which would make it impracticable to attend a hearing in this matter in California on the afternoon of September 30, 2025.

4. In light of this conflict and to allow adequate time for preparation and travel for the hearing, Defendant requests that the hearing be continued to October 7 or 9, 2025, or another date convenient to the Court.[1]

5. Undersigned counsel conferred with Plaintiff's counsel regarding the relief sought herein and is informed and believes that Plaintiff does not oppose the continuance requested herein.

For the foregoing reasons, Defendant hereby requests that the hearing on the Motion to Dismiss be continued from September 23, 2025, to October 7 or October 9, 2025, or another date convenient to the Court.

Dated: August 7, 2025

Respectfully submitted,

*/s/ Kimberly M. Ingram-Hogan*

Kimberly M. Ingram-Hogan (SBN 305497)
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400

[1] Defendant recognizes that civil motion hearings are usually on Thursdays at 10:00 a.m., but assumes that the Court may wish to hold this hearing at a specially set time on a Tuesday afternoon based on the previous setting.

Nashville, Tennessee 37203
Phone: (615) 252-3592
Email: kingram@bradley.com

*Attorneys for Defendant*