**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY D'ANTONIO, THOMAS THAYER, and REINA CUEVAS GARCIA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & WESSON INC.,<br><br>Defendant. | CASE NO. 5:25-cv-03085-PCP<br><br>PLAINTIFFS' STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7.3(d)(2), and in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss (ECF No. 19), Plaintiffs respectfully submit for the Court's review a recent decision from the Northern District of California, which was published after the Opposition was filed with the Court: *Gabrielli v. Haleon US Inc.*, No. 25-cv-02555-WHO (N.D. Cal. Aug. 29, 2025). A copy of that decision is attached hereto as Exhibit A.

Dated: September 3, 2025

**GUTRIDE SAFIER LLP**

*/s/ Seth A. Safier /s/*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*