Kimberly M. Ingram-Hogan (SBN 305497)
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-3592
Fax: (615) 252-6357
Email: kingram@bradley.com

Erin J. Illman (SBN 238262)
BRADLEY ARANT BOULT
CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
Fax: (704) 332-8858
Email: eillman@bradley.com

*Counsel for Defendant Smith & Wesson Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TONY D'ANTONIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & WESSON INC.,<br><br>Defendant. | Case No. 5:25-cv-03085-PCP<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISIONS** |

Pursuant to Local Rule 7.3(d)(2), and in support of Defendant's Motion to Dismiss (ECF No. 15), Defendant respectfully submits for the Court's review two recent decisions from the Northern District of California, and one recent decision from the Central District of California that are relevant to the Motion to Dismiss and were published after the submission of the Reply: *Crano v. Sojern, Inc.*, No. 3:25-CV-02600-JSC, 2025 WL 2689267, at *6 (N.D. Cal. Sept. 19, 2025); *Mitchener v. CuriosityStream, Inc.*, No. 25-CV-01471-NW, 2025 WL 2272413 (N.D. Cal. Aug. 6, 2025) (appeal pending); and *Hernandez-Silva v. Instructure, Inc.*, No. 2:25-CV-02711-SB-

MAA, 2025 WL 2233210 (C.D. Cal. Aug. 4, 2025) (appeal pending). Copies of these decisions are attached hereto as Exhibits A–C.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Kimberly M. Ingram-Hogan*

Kimberly M. Ingram-Hogan (SBN 305497)
BRADLEY ARANT BOULT
CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-3592
Email: kingram@bradley.com

*Attorneys for Defendant*