Alexis M. Buese (SBN 259812)
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Walter Street, Suite 1000
Tampa, FL 33602-5809
Telephone: (813) 559-5511
Facsimile: (813) 229-5946
Email: abuese@bradley.com

Erin J. Illman (SBN 238262)
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
Email: eillman@bradley.com

*Attorneys for Defendant Smith & Wesson Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TONY D'ANTONIO, THOMAS THAYER, and REINA CUEVAS GARCIA, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

SMITH & WESSON INC.,

Defendant.

Case No. 5:25-cv-03085-PCP

[*Assigned to Hon. J. Casey Pitts*]

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SMITH & WESSON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Hearing Date: May 21, 2026
Hearing Time: 10:00 A.M.
Courtroom: Courtroom 8

Action Filed: April 4, 2025
FAC Filed: March 17, 2026

Pursuant to Federal Rule of Evidence 201, Defendant Smith & Wesson Inc. hereby requests that the Court take judicial notice of the following documents, which are attached hereto as exhibits:

1. **Exhibit A** – A true and correct copy of the second amended complaint in *D'Antonio v. Cable News Network, Inc.*, Case No. 1:24-cv-03132-VM (S.D.N.Y. Oct. 16, 2025), ECF No. 64. Pleadings from the docket of a case in federal court are properly subject to judicial notice. *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996).

2. **Exhibit B** – A true and correct copy of the complaint in *Dywanna Drummer et al. v. CoStar Group, Inc.*, Case No. 5:25-CV-01047 (C.D. Cal. Apr. 30, 2025), ECF No. 1.

Judicial notice of Exhibits A and B is proper as judicial notice may be taken of documents filed in court proceedings. Fed. R. Evid. 201; *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of . . . documents on file in federal or state courts."); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of pleadings, memoranda, and other court filings).

Moreover, judicial notice of Exhibits A and B is proper under Federal Rule of Evidence 201, which provides that a "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). A federal court must take judicial notice of facts "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Based on the foregoing, Smith & Wesson Inc. respectfully requests that this Court take judicial notice of the above-referenced documents for purposes of its Motion to Dismiss.

Dated: March 31, 2026

Respectfully Submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Alexis M. Buese*

Alexis M. Buese (SBN 259812)
abuese@bradley.com
1001 Walter Street, Suite 1000
Tampa, FL 33602-5809
Telephone: (813) 559-5511
Facsimile: (813) 229-5946

Erin J. Illman (SBN 238262)
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6026
Email: eillman@bradley.com

*Attorney for Defendant Smith & Wesson Inc.*